CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shonna Counter,**<br><br>     Plaintiff,<br><br>v.<br><br>**Starbucks Corporation,** a Washington Corporation; and Does 1-10,<br><br>     Defendants. | Case No. 2:18-cv-09973-PSG-JPR<br><br>**Notice of Motion to Stay Case Pending Resolution of Appeal**<br><br>**Honorable Philip S. Gutierrez**<br><br>Date: July 22, 2019<br>Time: 1:30 PM<br>Courtroom: 6A – 6th Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that on July 22, 2019 at 1:30 PM in Courtroom 6A, 6th Floor, 350 West 1st Street, Los Angeles, California 90012, or the next date available to the court, Plaintiff, Shonna Counter, herby moves this Court for an Order staying all proceedings in this matters pending resolution of the appeals filed in *Johnson v. Blackhawk Centercal* (3:17-cv-02454-WHA.) ("*Blackhawk*"); and *Kong v. Mana Investments Company, LLC* (8:18-cv-01615-DOC-DFM).

   Such an order is appropriate as the resolution of those appeals will definitively control the outcome of this and numerous other legally similar

matters as the appeal concerns the case dispositive legal issues controlling this case.

This motion is based on this Notice of Motion, Memorandum of Points and Authorities and all other pleadings, papers, documents and records on file with the Court, or arguments or evidence that may be requested by the Court.

Pursuant to L.R. 7-3. the parties have been in continual communication regarding stipulations to stay in this and similar cases between various plaintiffs and other Starbucks cases, while discussions are on-going, no resolution has been reached.

Dated: June 3, 2019          CENTER FOR DISABILITY ACCESS

By:__/s/ Dennis Price_____
Dennis Price
Attorney for Plaintiff